No. 93. FRANCIS POWERS, ADMINISTRATOR, AND MAURICE POWERS v. JOSEPH KOMPOSH. Error to the Supreme Court of the State of Montana. Argued November 30, 1927. Decided December 5, 1927. *Per Curiam.* Affirmed on the authority of *Rindge Company* v. *County of Los Angeles,* 262 U. S. 700, 707, 709; *Mt. Vernon-Woodberry County Duck Company* v. *Alabama Interstate Power Company,* 240 U. S. 30, 32. *Mr. Hugh H. O'Bear,*

with whom *Messrs. Charles A. Douglas, Jo. V. Morgan* and *Frederick C. Bryan* were on the brief, for plaintiffs in error. *Mr. John G. Skinner* was on the brief for defendant in error.